IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OCTAVIAN MONROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-547-ECM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**OPINION and ORDER**

On September 17, 2020, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the partial filing fee as ordered by the Court.

A separate Final Judgment will be entered.

Done this 8th day of October, 2020.

　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE